# In the United States District Court

### Western District Of Arkansas
_____ Division

Scott Gregory Logan
#44841

*(In the space above enter your full name and Prison ID
Number, if any. **Do not include your Social Security Number**).*

-against-

Michael Solice & Lieutenest Callas,
Sgt. Leopard, Corporal Mantress

- (New Defendant) Brianna
Trom Turnkey Medical

*(In the space above enter the full name of each Defendant)*

**Case**

**No.** _____
(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Scott Gregory Logan
Name (First, Middle, Last)                          Aliases

#44841
Prisoner ID #, if any

Carroll County Detention Center
Place of Detention or Incarceration

205 Hailey Drive
Address (*If detained, facility address*)

Carroll County, Berryville, AR          72616
County, City                    State          Zip Code

## II.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

---

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    ???? (Last name unknown), Brianna
Name (Last, First)

Nurse Practitioner (Turnkey Medical)
Current Job Title

205 Hailey Road
Current Work Address

Carroll, Berryville          AR          72616
County, City          State          Zip Code

Defendant 2:

Name (Last, First)

Nurse at facility

Current Job Title

205 Hall

Current Work Address

Carroll, Berryville                    AR                    72616
County, City                           State                 Zip Code

Defendant 3:

Name (Last, First)

Current Job Title

Current Work Address

County, City                           State                 Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

County, City                           State                 Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Carroll County Detention Center

Date(s) of occurrence: 

Name of Each Defendant Involved:

Briana ~~~~~~~~~~ (Turnkey's medical staff)

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of Medical Care

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: As has already been stated in my original complaint, in late March (the 30th I believe) or early April (could have been the 1st) I was ushered to the hospital to receive treatment for a gashing wound over my left eye that I had received due to an unexpected

What happened to you?

| | |
|---|---|
| Who did what? | altercation that I found myself entangled within right here in this facility. I also had x-rays taken of my neck and shoulder areas due to the discomfort that I was feeling in those areas |
| How were you injured? | following aforementioned altercation. I was told the x-rays came back with no signs of anything medically noteworthy. However I began to notice that over the course of the next few weeks that my pains and aches had not subsided and I began to make |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Denial of Medical

8th Amendment Violation

**Claim Number 2:**

Place(s) of occurrence:

regular medical reports in my attempts to procure further medical analysis and treatment. In spite of my tireless efforts directed towards the medical staff in the form of request and pleadings, and towards the jails staff in the form of Grievances; My efforts proved futile. However on August 3rd 2022 at around 9:45am I was walking out of the shower and I slipped on a standing puddle of water that is quite often the culprit behind slip and fall accidents here at the Carroll County Detention Center. Following this incident I was first taken to the nurses station and then ushered to the hospital. While being examined I reported to the doctor the events that had unfurled that day which included my slipping in the water, hitting my head very hard on the wall, the pain in my lower back, and the previous nagging injury in my shoulder. More X-rays were taken and this time the results concluded that I had a seperation of tissues in my shoulder (a tear I believe). I believe 100% that this is the causeation of the pain that I have been experiencing all along. I do have some additional pain now in my neck as well. I am also suffering from lower back pains and light headaches and believe

(continued)

that I probably suffered a mild concussion.
My medical documents are very specific
and concise and need only to be evaluated
by the Magistrate Judge assigned to this
case to gain full accumental knowledge of

Also in my original complaint I
had not yet undergone the extensive medical
formalities that I have since then endured, and
thus due to the still ensuing transpirings, (I have not
seen the nurse since my recent fall) I now wish (as
can be seen) to add Brianna from Turnkey medical
as a defendant in my 1983 suit; It is my under-
standing that there are certain liberties that
must be extended to me that do not have to be
to post conviction inmates. I feel that given the
fact that I am a pretrial detainee and that I
have been making attempt after attempt to procure
medical care for many months now; It should
not have taken another catastrophic event to
receive a 2nd medical evaluation on my torn
shoulder. This lack of treatment has caused me
a great excess of stress and mental anguish
to my already troubled mind. ~~then another~~

Also another event that was/is of concern is the fact that another inmate that I had been housed with (Randy DeShane Buck) and whom was not injured within the confines of this facility was on multiple occassions ushered outside of this facility to receive medical care. I feel as though this is clearly preferential treatment and that the last 2 of my aforementioned complaints are in clear violation of my God given birth rights as a citizen of this country. I believe that these last 2 complaints are veritible articles of proof that my 5th and 14th Constitutional Rights are being trodded upon. I also feel as though I have underwent a great deal of pain and suffering which is a violation of my 8th Amendment. So in essence I would like to now submit these complaints in this Supplemental Complaint

[DATE: August 6th 2022]

Respectfully submitted,
[Scott Logan]
[205 Hailey Road, Berryville, AR 72616]

3.22-cv-03023
Logan Vs. Solid, et al
Case 3:22-cv-03023-TLB    Document 15    Filed 08/15/22    Page 9 of 17 PageID #: 53

I should also make mention of 2 other events that I nearly let slip my mind (until looking in the mirror). On my initial visit to the ER back in March or April the doctor also took notice of my badly displaced nose. Having been the victim of a broken nose in times past, and also and most importantly, not having yet looked in a mirror I shrugged off the doctors initial remarks but after having made it back to the jail and evaluating myself more clearly over the next few weeks I quickly began to realize that my nose was far more displaced than it had been in times past. I feel like this is something very noteworthy as I would like to in the future go and find a doctor who will reset my nose which of course will cause more pain and suffering.

And last on my list to report is something in which I am somewhat unclear as to whether or not my rights were violated or not, but I can tell you this that all of the events that I make mention of are well documented and chronicled. This last event that I am speaking of was the unnecessary presence of 2 of the officers at one of my medical evaluations. The 2 officers, (continued)

Solice and Callas were present for the only
face to face discussion that I have been privied
to with this facilities on staff nurse practitioner.
I believe this to be a HIPPA violation and
this a violation of my 4th Amendment (I could be
mistaken about which Amendment I am making an
attempt to reference)(please understand I am Pro se on
med watch and my access to the Law Library is
very limited). But for all intended purposes I believe
this to be the Amendment which assures my right
to be safe from unlawful searches and seizures.......
..(you know the rest). Thank You for your time

[DATE: August 7th 2022]

Respectfully submitted,
[Scott Logan]
[205 Hailey Road, Berryville, AR 72616]

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was* **personally involved** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| What happened to you? | _____ <br> _____ <br> _____ |
| Who did what? | _____ <br> _____ <br> _____ |
| How were you injured? | _____ <br> _____ <br> _____ |

_____

_____

_____

_____

_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was* ***personally involved*** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | |
|---|---|
| Who did what? | |
| How were you injured? | |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

---

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☐    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☐    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

My Pain and Suffering Both Physical and Mental coupled with the fact that they are both still ongoing with no sign of cessation, And given the fact that my injuries are prone to re-injury in the future and may require further pain and Suffering as well as medical expenses involving surgeries and medications; And also given the fact that I have now already caused further injury due to my recent accident I am now going to ask for $5,000,000

Thank You

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a
prisoner?                                                                  ☑ Yes    ☐ No

If yes, how many?   _1_

Have you brought any other lawsuits in state or federal court **dealing with**    ☐ Yes    ☑ No
**the same facts as this case**?

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Logan v. Knight

3:22-cv-03029

Dismissed

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

8/3/2023
Dated

Scott, G. Logan
Printed Name (First, MI, Last)

Scott Logan
Plaintiff's Signature

#4l8411
Prison Identification #, if any.

205 Hailey Road        Berryville        AR        72616
Prison Address          City          State      Zip Code

Scott Logan 11118311
Carroll County Detention Center
205 Hailey RD
Berryville, AR 72616-5147

Received WD/AR

AUG 1 5 2022

U.S. Clerk's Office

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
35 E. MOUNTAIN, Room 510
FAYETTEVILLE, ARKANSAS 72701



LEGAL MATL