# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**SCOTT GREGORY LOGAN**                                                                    **PLAINTIFF**

V.                              **CASE NOS. 3:22-CV-3023**
                                                **3:22-CV-3045**

**SERGEANT MICHAEL SOLICE;**
**SERGEANT LEOPARD;**
**SERGEANT MONTROSS; and**
**LIEUTENANT CALLAS**                                                                    **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 67) filed in this case on April 9, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** for Plaintiff's intentional failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 30th day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE